**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Enrique YANEZ–ZUNIGA,**
**Defendant–Appellant.**

**No. 06–41181**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 17, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM: *

Enrique Yanez–Zuniga (Yanez) appeals the sentence imposed following his guilty-plea conviction for illegal reentry after deportation. Yanez argues that the district court erroneously characterized his state court convictions for simple possession of controlled substances as aggravated felonies under U.S.S.G. § 2L1.2(b)(1)(C). We review Yanez's challenge to the district court's application of the Sentencing Guidelines de novo. *See United States v. Villegas,* 404 F.3d 355, 359 (5th Cir.2005).

Given the Supreme Court's recent decision in *Lopez v. Gonzales,* —— U.S. ——, 127 S.Ct. 625, 166 L.Ed.2d 462 (2006), Yanez's argument has merit. *See United States v. Estrada–Mendoza,* 475 F.3d 258, 260–61 (5th Cir.2007). Accordingly, Yanez's sentence is vacated, and the case is remanded for resentencing in light of *Lopez.*

CONVICTION AFFIRMED; SENTENCE VACATED AND REMANDED FOR RESENTENCING.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.